In the Matter of LEONARD NIKOLORIC, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, September 27, 1977

*James D. Porter, Jr.,* of counsel *(Michael Alan Schwartz* with him on the petition), for petitioner.

No appearance on behalf of respondent.

*Per Curiam.* The respondent, Leonard Nikoloric, was admitted to practice as an attorney in New York State on June 27, 1947 in the First Department. He was convicted after a trial in the United States District Court for the Southern District of Florida of, *inter alia,* the felony of transportation of stolen securities valued in excess of $5,000 (US Code, tit 18, § 2314), which crime would also constitute a felony under New York State law (Penal Law, § 165.50).

Under the circumstances, the present application to strike respondent's name from the roll of attorneys should be granted (Judiciary Law, § 90, subd 4).

MURPHY, P. J., KUPFERMAN, EVANS, LANE and MARKEWICH, JJ., concur.

Respondent's name struck from the roll of attorneys and counselors at law in the State of New York.